1  Mark Holscher (S.B.N. 139582)
   mark.holscher@kirkland.com
2  Amanda Weiner (S.B.N. 229388)
   amanda.weiner@kirkland.com
3  Beth Marie Weinstein (S.B.N. 252334)
   beth.weinstein@kirkland.com
4  KIRKLAND & ELLIS LLP
   333 South Hope Street
5  Los Angeles, California 90071
   Telephone: 213 680-8400
6  Facsimile:  213 680-8500

7  *Attorneys for Defendant Raytheon Company*

8  Karen E. Ford (S.B.N. 88358)
   karen@fordslaw.com
9  FORD & ASSOCIATES, LLC
   PO Box 287
10 Carmel-by-the-Sea, California 93921
   Telephone: 831 250-6433
11 Facsimile:  831 250-6844

12 *Attorney for Plaintiff Herbert I. Hanson*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT I. HANSON,<br><br>     Plaintiff,<br><br>     vs.<br><br>RAYTHEON COMPANY,<br><br>     Defendant. | Case No. SACV 13-00896 DOC (JPRx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:     Hon. David O. Carter |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Herbert I. Hanson and Defendant Raytheon Company, which constitutes all parties who have appeared in this action, hereby stipulate to dismissal of this action with prejudice.[1]

DATED: 6/27/14, 2014

_____
Herbert I. Hanson

DATED: 7/22/14, 2014

FORD & ASSOCIATES, LLC

_____
Karen E. Ford
Attorney for Plaintiff Herbert Hanson

Karen E. Ford (S.B.N. 88358)
karen@fordslaw.com

FORD & ASSOCIATES, LLC
PO Box 287
Carmel-by-the-Sea, California 93921
Telephone:    831 250-6433
Facsimile:    831 250-6844

DATED: 7/23/14, 2014

KIRKLAND & ELLIS LLP

_____
Mark Holscher
Attorney for Defendant Raytheon Company

Mark Holscher (S.B.N. 139582)
mark.holscher@kirkland.com
Amanda Weiner (S.B.N. 229388)
amanda.weiner@kirkland.com
Beth Marie Weinstein (S.B.N. 252334)
beth.weinstein@kirkland.com

---

[1] The dismissal is effective upon filing. See Fed. R. Civ. P. 41(a)(1)(A)(ii); *Garber v. Chicago Merchantile Exch.*, 570 F.3d 1361, 1366 (Fed. Cir. 2009); *McCall-Bey v. Franzen*, 777 F.2d 1178, 1185 (7th Cir. 1985).

1

KIRKLAND & ELLIS LLP  
333 South Hope Street  
Los Angeles, California 90071  
Telephone: (213) 680-8400  
Facsimile:  (213) 680-8500  

Local Rule 5-4.3.4 Attestation:

    I attest that Plaintiff's counsel, Karen E. Ford, concurs in this filing's content and has authorized the filing.

DATED: 7/22, 2014        By: _____

2